Jeremy C. Dzubay (SB# 238649)
1333 Camino Del Rio S 201B
San Diego CA 92108
Tele: 619.683.7666
Fax: 619.683.7672
jdzubay@rocketmail.com

Attorney for Defendant,
CARLOS OSUNA BENNET

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARLOS OSUNA-BENNET,<br>Defendant. | Case No.: 08MJ 0565<br>**MOTION FOR AN ORDER TO ALLOW DEFENSE COUNSEL TO VIEW EVIDENCE** |

Defendant, Carlos Osuna-Bennet, by and through his attorney, Jeremy Dzubay, moves this Court to order the United States to allow Mr. Dzubay, and his investigator, to inspect the alleged narcotics seized from the defendant's automobile on February 25, 2008.

Our motion is unopposed (See attached declaration).

March 18, 2008 s/Jeremy Dzubay
Attorney for Defendant