Jeremy Dzubay
1333 Camino Del Rio S Ste 201B
San Diego CA 92108

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARLOS OSUNA-BENNET,<br>Defendant. | Case No.: 08MJ 0565<br><br>**PROOF OF SERVICE** |

I am over 18 and not a party to the above captioned case. On March 18, 2008, I caused the following: DEFENDANT'S MOTION FOR AN ORDER TO ALLOW DEFENSE TO VIEW EVIDENCE & DECLARATION OF JEREMY DZUBAY IN SUPPORT THEREOF, to be electronically sent to

U S Attorney CR Efile.dkt.gc2@usdoj.gov

S/Jeremy Dzubay