FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CARLOS OSUNA-BENETT,<br>Defendant. | Criminal Case No. 08CR935-DMS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine(Felony) |

The United States Attorney charges:

On or about February 25, 2008, within the Southern District of California, defendant CARLOS OSUNA-BENETT, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 9.95 kilograms (21.89 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 27, 2008.

KAREN P. HEWITT
United States Attorney

[signature]

for CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:San Diego
3/7/08