AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

CARLOS OSUNA-BENETT

**WAIVER OF INDICTMENT**

CASE NUMBER: 08MJ0565

I, CARLOS OSUNA-BENETT, the above named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3-27-2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Carlos M. Osuna B.
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer