FILED
2008 APR -2 AM 8:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08cr935 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CARLOS OSUNA-BENNET,<br>Defendant. | Case No.: 08MJ 0565<br><br>**ORDER** |

Good cause appearing, this Court HEREBY ORDERS the United States of America, and any of its agents having custody of the alleged narcotics, to allow defense counsel, Jeremy Dzubay, and his investigator, Enrique Nunez, to view the alleged narcotics seized from Carlos Osuna-Bennet in connection with the above captioned case.

DATED: 4-1-08

Hon. Nita Stormes